In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00284-CV**
_____

**IN THE ESTATE OF MICHAEL JOHN PHILLIPS**

**On Appeal from the County Court**
**Tyler County, Texas**
**Trial Cause No. PR-09605**

**ORDER**

On September 1, 2021, the trial court signed an interlocutory order, which identifies a controlling question of law that, if resolved now, may materially advance the ultimate resolution of the lawsuit should this Court decide to grant the request and allow the matter to be argued by interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (Supp.); *see also* Tex. R. Civ. P. 168. On September 15, 2021, Richard Scott Stanley asked this Court for permission to appeal the interlocutory order the trial court signed on September 1, 2021. *See* Tex. R. App. P. 28.3(a). The remaining party in the case, James Patrick Phillips, as Independent

1

Administrator and sole heir of the Estate of Michael John Phillips, Deceased, did not object to Stanley's request. *See* Tex. R. App. P. 28.3(f).

The Court grants Stanley's petition seeking review through a permissive appeal of the trial court's order of September 1, 2021. *See* Tex. R. App. P. 28.3(k). We deem the notice of appeal to have been filed as of the date the Court renders this Order. *Id*. The record is due October 22, 2021. The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The appellee's brief is due twenty days after the appellant files his brief. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court's clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED October 12, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.